Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−22151−SLM
                Chapter: 7
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evelyn A Morel
   783 Alps Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−4917

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 3, 2017
JAN: rah

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Evelyn A Morel  
    Debtor

Case No. 17-22151-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 03, 2017  
                     Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
```
db             +Evelyn A Morel,    783 Alps Road,    Wayne, NJ 07470-3919
516880679      +FV-I, Inc,,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516880680      +MERS, Citibank, NA,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
516880687      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2017 22:47:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 03 2017 22:28:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
516880673      +EDI: AMEREXPR.COM Aug 03 2017 22:28:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516880674      +EDI: CHASE.COM Aug 03 2017 22:28:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
516880676      +EDI: WFNNB.COM Aug 03 2017 22:28:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
516880677      +EDI: WFNNB.COM Aug 03 2017 22:28:00      Comenity Bank/Mandees,    Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
516880675      +EDI: WFNNB.COM Aug 03 2017 22:28:00      Comenity Bank/anniesez,    Po Box 182125,
                 Columbus, OH 43218-2125
516880678      +EDI: DCI.COM Aug 03 2017 22:28:00      Diversified Consultant,    Dci,    Po Box 551268,
                 Jacksonville, FL 32255-1268
516880681       EDI: PRA.COM Aug 03 2017 22:28:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516880683      +EDI: RMSC.COM Aug 03 2017 22:28:00      Syncb/Lord & Taylor,    Po Box 965064,
                 Orlando, FL 32896-5064
516880684      +EDI: RMSC.COM Aug 03 2017 22:28:00      Syncb/PLCC,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
516881532      +EDI: RMSC.COM Aug 03 2017 22:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516880685      +EDI: RMSC.COM Aug 03 2017 22:28:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516880686      +EDI: RMSC.COM Aug 03 2017 22:28:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 15
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516880682       Syncb/home Design Furn
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
```
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeremias E Batista    on behalf of Debtor Evelyn A Morel jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```