| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>Barbara Marano,<br><br>Debtor |

Order Filed on August 2, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 17-22151-SLM

Judge: Hon. Stacey L. Meisel

Chapter: 7

# ORDER DISMISSING CASE DUE TO DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 2, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:** Evelyn A Morel
**Case No.:** 17-22151-SLM
**Caption of Order:** Order Dismissing Case Due to Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor has failed to complete the required credit counseling course or otherwise respond to the Order to Show Cause; it is hereby

**ORDERED** that the debtor's case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Evelyn A Morel  
    Debtor

Case No. 17-22151-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 03, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db          +Evelyn A Morel,    783 Alps Road,    Wayne, NJ 07470-3919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:  
           Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeremias E Batista    on behalf of Debtor Evelyn A Morel jeremiasbatista@gmail.com, G26967@notify.cincompass.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 4